BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

SEALED

FILED
JUN 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE ARREST WARRANT AND CRIMINAL COMPLAINT: | ) ) ) | NO. 2-11-J-.171 |
|---|---|---|
| BOBBY JOE KIRBY. | ) ) | ORDER |
| [SEALED] | ) ) ) ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Arrest Warrant, Criminal Complaint, and related documents; as well as this Application for Sealing Order and Order; are sealed. They shall remain sealed until further order of the court.

Date: June 17, 2011

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

1