1 | BENJAMIN B. WAGNER
  | United States Attorney
2 | MATTHEW D. SEGAL
  | Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
  | Sacramento, California  95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | D.C. NO. 2-11-MJ-171 KJN |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING COMPLAINT |
| BOBBY JOE KIRBY, | ) | |
| Defendant. | ) | |

On June 17, 2011, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: July 7, 2011          BENJAMIN B. WAGNER
                             United States Attorney

                             By:/s/ Matthew D. Segal
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

                             ORDER
SO ORDERED:

DATED: July  7 , 2011        _____
                             HON. DALE A. DROZD
                             U.S. Magistrate Judge

1