

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-MJ-171 KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO EXTEND TIME FOR |
| BOBBY JOE KIRBY | ) | PRELIMINARY EXAMINATION AND |
| | ) | EXCLUDE TIME |
| Defendant. | ) | |

The parties confirm their in-court request that the preliminary examination in this case be set for July 29, 2011, before Magistrate Judge Gregory G. Hollows. They stipulate that the time between the filing of this stipulation and July 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim. P. 5.1(d). The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties anticipate pre-

indictment discovery and a possible pre-indictment resolution to this matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial.  18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 13, 2011        By:   /s/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

DATE: July 13, 2011              /s/ Matthew Bockmon
                                 MATTHEW BOCKOM
                                 Attorney for Defendant

**SO ORDERED.**

DATE: 7/13/11

HON. DALE A. DROZD
U.S. District Judge

2