BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-MJ-171 KJN |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| BOBBY JOE KIRBY, | |
| Defendant. | |

The parties confirm their in-court request that the preliminary examination in this case be continued to August 5, 2011. They stipulate that the time between the filing of this stipulation and August 5, 2011 should be excluded from the calculation of time under the Speedy Trial Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim. P. 5.1(d). The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the Government has now disclosed pre-indictment

1

1  discovery and the parties are discussing a possible pre-
2  indictment resolution to this matter.  The parties stipulate and
3  agree that the interests of justice served by granting this
4  continuance outweigh the best interests of the public and the
5  defendant in a speedy return of an indictment and speedy trial.
6  18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: August 1, 2011          By:   /s/ Matt Segal

MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: August 1, 2011                /s/ Matthew Bockmon

MATTHEW BOCKOM
Attorney for Defendant

**SO ORDERED.**

DATE: August 1, 2011           /s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

2