```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 2:11-MJ-171 KJN
                                )
11            Plaintiff,        )
                                )
12       v.                     )   STIPULATION AND
                                )   ORDER TO EXTEND TIME FOR
13  BOBBY JOE KIRBY             )   PRELIMINARY EXAMINATION AND
                                )   EXCLUDE TIME
14                              )
              Defendant.        )
15  _____)
16
```

17    The parties confirm their in-court request that the
18 preliminary examination in this case be continued to August 26,
19 2011.  They stipulate that the time between the filing of this
20 stipulation and August 26, 2011 should be excluded from the
21 calculation of time under the Speedy Trial Act and that there is
22 good cause for a continuance of the preliminary examination
23 pursuant to Fed. R. Crim. P. 5.1(d).  The parties stipulate that
24 the ends of justice are served by the Court excluding such time,
25 so that counsel for the defendant may have reasonable time
26 necessary for effective preparation, taking into account the
27 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
28 Specifically, the Government has now disclosed pre-indictment

1  discovery and a proposed plea agreement to the Defense.  Also,
2  some additional time is appropriate for attorney-client
3  consultation in this case because the Defendant lives in Reno,
4  some distance from the office of his attorney.  The parties
5  stipulate and agree that the interests of justice served by
6  granting this continuance outweigh the best interests of the
7  public and the defendant in a speedy return of an indictment and
8  speedy trial.  18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: August 5, 2011          By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney


DATE: August 5, 2011                /s/ Matthew Bockmon
                                    MATTHEW BOCKMON
                                    Attorney for Defendant

                                        **SO ORDERED.**

DATE:  August 5, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE