1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BOBBY JOE KIRBY

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO.  11-mj-171 KJN
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND ORDER TO EXTEND
13       v.                         )   TIME FOR PRELIMINARY EXAMINATION
                                    )   AND TO EXCLUDE TIME**
14 BOBBY JOE KIRBY,                 )
                                    )
15              Defendant.          )
                                    )
16 _____ )

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through

18 Matthew D. Segal, Assistant United States Attorney, and BOBBY JOE KIRBY, by and through his counsel,

19 Matthew C. Bockmon, Assistant Federal Defender, that the Preliminary Examination set for Friday, August

20 26, 2011, may be continued to **Thursday, September 1, 2011, at 2:00 p.m.**

21       The parties stipulate that the time between the filing of this stipulation, August 25, 2011, through and

22 including September 1, 2011, should be excluded from the calculation of time under the Speedy Trial Act and

23 that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim. P. 5.1(d).

24 The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

25 the defendant may have reasonable time necessary for effective preparation, taking into account the exercise

26 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, additional time is appropriate for attorney-

27 / / /

28 / / /

client consultation in this case because the defendant lives in Reno. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

Dated: August 25, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
BOBBY JOE KIRBY

Dated: August 25, 2011                    BENJAMIN B. WAGNER
United States Attorney

 */s/ Matthew C. Bockmon for*
MATTHEW D. SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: August 25, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE