

FILED

SEP -1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
      DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BOBBY JOE KIRBY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 11-mj-171 KJN
                                    )
12         Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED] ORDER
13     v.                           )   TO EXTEND TIME FOR PRELIMINARY
                                    )   EXAMINATION AND TO EXCLUDE TIME
14 BOBBY JOE KIRBY,                 )
                                    )
15         Defendant.                )
                                    )
16 _____  )

17         IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through

18 Matthew D. Segal, Assistant United States Attorney, and BOBBY JOE KIRBY, by and through his counsel,

19 Matthew C. Bockmon, Assistant Federal Defender, that the Preliminary Examination set for Thursday,

20 September 1, 2011, may be continued to **Wednesday, September 21, 2011, at 2:00 p.m.**, before Magistrate

21 Judge Gregory G. Hollows.

22         The parties stipulate that the time between the filing of this stipulation, September 1, 2011, through

23 and including September 21, 2011, should be excluded from the calculation of time under the Speedy Trial

24 Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim.

25 P. 5.1(d). The parties stipulate that the ends of justice are served by the Court excluding such time, so that

26 counsel for the defendant may have reasonable time necessary for effective preparation, taking into account

27 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, additional time is appropriate for

28 attorney-client consultation in this case because the defendant lives in Reno. The parties stipulate and agree

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

Dated: September 1, 2011

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   */s/ Matthew C. Bockmon*
                                   MATTHEW C. BOCKMON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   BOBBY JOE KIRBY

Dated: September 1, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Matthew C. Bockmon for*
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

Dated: September 1, 2011

                                   */s/ Dale A. Drozd*
                                   DALE A. DROZD
                                   United States Magistrate Judge